

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00776-CR

Bernardo **IBARRA-LOPEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2497
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The Appellant's Motion to Withdraw as Counsel is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court